UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTONIO TURRENTINE, Movant, v. UNITED STATES OF AMERICA, Respondent. | CIVIL ACTION NO. 1:21-CV-1289-JPB CRIMINAL ACTION NO. 1:20-CR-87-JPB-1 |

**ORDER ADOPTING FINAL REPORT AND RECOMMENDATION**

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation [Doc.88]. This Court finds as follows:

Absent objection, a district judge has broad discretion to accept, reject or modify a magistrate judge's proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 680 (1980). Because no objections have been filed, and in accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the Final Report and Recommendation for clear error and finds none.

Accordingly, the Court **APPROVES AND ADOPTS** the Final Report and Recommendation [Doc. 88] as the judgment of the Court. For the reasons stated in the Magistrate Judge's Report and Recommendation, the Motion to Vacate [Doc.

80] is **DISMISSED WITHOUT PREJUDICE** and a certificate of appealability is **DENIED**.  The Clerk is **DIRECTED** to close the civil action.

**SO ORDERED** this 5th day of October, 2021.

J. P. BOULEE
United States District Judge