UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANTONIO TURRENTINE,<br><br>Defendant. | CRIMINAL FILE NO.<br><br>1:20-CR-00087-JPB-CCB-1 |

## **ORDER ADOPTING FINAL REPORT AND RECOMMENDATION**

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation [Doc. 143].  No objections have been filed.  This Court finds as follows:

Absent objection, a district judge has broad discretion to accept, reject or modify a magistrate judge's proposed findings and recommendations.  United States v. Raddatz, 447 U.S. 667, 680 (1980).  Because no objections have been filed, and in accordance with 28 U.S.C. § 636(b)(1) and Rule 59 of the Federal Rules of Criminal Procedure, the Court has reviewed the Final Report and Recommendation for clear error and finds none.

Accordingly, the Court **APPROVES AND ADOPTS** the Final Report and Recommendation [Doc. 143] as the judgment of the Court.  For the reasons stated

in the Magistrate Judge's Report and Recommendation, the movant's § 2255 motion is **DISMISSED** and the movant is **HEREBY DENIED** a certificate of appealability.

**SO ORDERED** this 1st day of April, 2024.

_____
**J. P. BOULEE**
United States District Judge